# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133193 & (13)(14)(15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 133193
                                      COA: 275217
                                      Kent CC: 81-027529-FY

TYRONE WILLIAMS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions for miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

                          Clerk

d0618